IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WINDHAM, JR., | No. 2:18-CV-2656-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| C. WOFFORD, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 13, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.[1]

/ / /

/ / /

/ / /

---

[1] Plaintiff's objections are captioned "Motion for Reconsideration." ECF No. 19.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 13, 2019, are adopted in full;
2. Plaintiff's motions for injunctive relief (ECF Nos. 11 and 18) are denied; and
3. The Clerk of the Court is directed to terminate ECF No. 19 as a pending motion.

Dated: June 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE