IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL WINDHAM, Jr.,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. WOFFORD, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:18-cv-02656 WBS DMC (PC)<br><br>**ORDER** |

　　　On May 20, 2021, Defendants Osman, Champion, Snelling, Inniss, Medina and Pai moved this Court to modify the Discovery and Scheduling Order issued October 19, 2020, setting the dispositive motions deadline as May 23, 2021. Good cause having been shown, Defendants' motion is granted. Motions for summary judgment are now due on or before June 14, 2021.

　　　IT IS SO ORDERED.

Dated: May 24, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE