IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAMUEL WINDHAM, Jr.,** | Case No. 2:18-cv-02656 WBS DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **C. WOFFORD, et al.,** | |
| Defendants. | |

On June 14, 2021, Defendants Osman, Champion, Snelling, Inniss, Medina and Pai moved this Court for a second time to modify the Discovery and Scheduling Order issued October 19, 2020. Dispositive motions are currently due on June 14, 2021. Good cause having been shown, Defendants' motion is granted. Motions for summary judgment are now due on or before July 7, 2021.

IT IS SO ORDERED.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE