IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WINDHAM, Jr., | Case No. 2:18-cv-02656 WBS DMC (PC) |
| Plaintiff, | ORDER |
| v. | |
| C. WOFFORD, et al., | |
| Defendants. | |

On July 7, 2021, Defendants Osman, Champion, Snelling, Inniss, Medina and Pai moved this Court for a third time to modify the Discovery and Scheduling Order issued October 19, 2020. Good cause having been shown, Defendants' motion is granted. Motions for summary judgment are now due on or before August 16, 2021.

IT IS SO ORDERED.

Dated: July 19, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1