IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL WINDHAM, JR., | No. 2:18-CV-2656-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| C. WOFFORD, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Judgement was entered on February 15, 2022. See ECF No. 52. Plaintiff appealed, see ECF No. 54; and the Ninth Circuit Court of Appeals has affirmed the judgment, see ECF No. 58, and issued the mandate, see ECF No. 59.

        Pending in this closed case is Plaintiff's motion, ECF No. 57, for transcripts. Plaintiff's motion is denied as moot because this matter has been resolved on appeal and there is no further need for transcripts. The Clerk of the Court is directed to terminate ECF No. 57 as a pending motion.

        IT IS SO ORDERED.

Dated: March 29, 2023

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE